# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** In re Purdue Pharma, L.P.    **Docket No.:** 22-110(L)

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Joshua L. Seifert

**Firm:** Joshua L. Seifert PLLC

**Address:** 18 West 18th Street, New York, New York 10011

**Telephone:** 646-470-2647    **Fax:**

**E-mail:** jseifert@seifertpllc.com

**Appearance for:** Jonathan Lipson and Pamela Foohey, Law Professors
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

✔ Amicus (in support of: Appellees )
(party/designation)

## CERTIFICATION

I certify that:

✔ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on January 16, 2020    OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Joshua L. Seifert

**Type or Print Name:** Joshua L. Seifert

| | | | |
|---|---|---|---|
| STATE OF NEW YORK | ) | | **AFFIDAVIT OF SERVICE** |
| | ) ss.: | | **BY OVERNIGHT EXPRESS** |
| COUNTY OF NEW YORK | ) | | **MAIL** |

I, Tyrone Heath, 2179 Washington Avenue, Apt. 19, Bronx, New York 10457, being duly sworn, depose and say that deponent is not a party to the action, is over 18 years of age and resides at the address shown above.

**On March 18, 2022**

deponent served the within:   N OTICE OF A PPEARANCE

**Upon:**

**SEE SERVICE ATTACHED LIST**

the address(es) designated by said attorney(s) for that purpose by depositing **1**  true copy(ies) of same, enclosed in a postpaid properly addressed wrapper in a Post Office Official Overnight Express Mail Depository, under the exclusive custody and care of the United States Postal Service within the State of New York.

**Sworn to before me on March 18, 2022**

*[signature: Mariana Braylovskiy]*     *[signature: T. Heath]*

**M ARIANA B RAYLOVSKIY**
Notary Public State of New York
No. 01BR6004935
Qualified in Richmond County
Commission Expires March 30, 2022          **Job # 311884**

**SERVICE LIST:**

**Ronald Bass**
**450 Little Place, Apt. 53**
**N. Plainfield, NJ 07060**

*Pro Se*

**Maria Ecke**
**8 Glenbrook Drive**
**West Simsbury, CT 06092**

*Pro Se*

**Ellen Isaacs**
**P.O. Box 6553**
**Delray Beach, FL 33482**

*Pro Se*

**Andrew Ecke**
**18 Meadowlark Rd.**
**West Simsbury, CT 06092**

*Pro Se*

**Richard Ecke**
**18 Meadowlark Rd.**
**West Simsbury, CT 06092**

*Pro Se*