# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of July, two thousand twenty-three.

_____

In Re: Purdue Pharma L.P., Purdue Pharma Inc, Purdue Transdermal Technologies L.P., Purdue Pharma Manufacturing L.P., Purdue Pharmaceuticals L.P., Imbrium Therapeutics L.P., Adlon Therapeutics L.P., Greenfield BioVentures L.P., Seven Seas Hill Corp., Ophir Green Corp., Purdue Pharma of Puerto Rico, Avrio Health L.P., Purdue Pharmaceutical Products L.P., Purdue Neuroscience Company, Nayatt Cove Lifescience Inc., Button Land L.P., Rhodes Associates L.P., Paul Land Inc., Quidnick Land L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies, UDF LP, SVC Pharma LP, SVC Pharma Inc.,

                    Debtors.
*************************************

Purdue Pharma, L. P., et al.,

          Debtors-Appellants-Cross-Appellees,

The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.,

          Appellants-Cross-Appellees,

v.

The City of Grande Prairie, as Representative Plaintiff for a Class Consisting of All Canadian Municipalities, et al.,

          Appellees-Cross Appellants,

The State of Washington, et al.,

          Appellees.

_____

**ORDER**

Docket Nos: 22-110 (L)
22-113 (Con)
22-115 (Con)
22-116 (Con)
22-117 (Con)
22-119 (Con)
22-121 (Con)
22-299 (Con)
22-203 (XAP)

Appellee, Maria Ecke, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:

Catherine O'Hagan Wolfe, Clerk